CARAUSTAR INDUSTRIES, INC.,
Plaintiff–Appellant,

v.

NORTH GEORGIA CONVERTING,
INC., Defendant–Appellee.

No. 2007–1151.

United States Court of Appeals,
Federal Circuit.

March 15, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

MACROVISION CORPORATION,
Plaintiff–Appellee,

v.

SIMA PRODUCTS CORPORATION,
Defendant–Appellant.

No. 2006–1441.

United States Court of Appeals,
Federal Circuit.

March 15, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Floyd B. MAIBIE, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2006–3275.

United States Court of Appeals,
Federal Circuit.

March 16, 2007.

## *ORDER*

Petitioner Floyd B. Maibie has complied with the court's order of February 22, 2007.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The order of dismissal issued December 6, 2006, is vacated, the mandate recalled, and the petition for review is reinstated.

(2) The respondent's brief will be due forty days (40) days from the date of this order.